UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Adam H. Nagle

v.                                              Civil No. 08-cv-413-JL

NH State Prison et al

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge

Muirhead dated December 18, 2008, no objection having been filed.

SO ORDERED.

January 14, 2009                   _____
                                   Joseph N. Laplante
                                   United States District Judge

cc:    Adam H. Nagle, Pro se
       Deborah B. Weissbard, Esq.