UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Adam H. Nagle

        v.        Civil No. 08-cv-413-JL

NH State Prison

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated February 17, 2009, no objection having been filed.

SO ORDERED.

March 13, 2009        _____
        Joseph N. Laplante
        United States District Judge

cc:    Adam H. Nagle, Pro se
        Deborah B. Weissbard, Esq.